**Carl L. HICKERSON and Joe B. Jackson,** d.b.a. Home Roofing & Building Company, a general partnership, **Plaintiffs-Appellees,**
v.
**LOGAN–LONG COMPANY,** a corporation, **Defendant-Appellant.**
No. 14251.

United States Court of Appeals
Sixth Circuit.

Feb. 25, 1961.

George W. Weber, Jr., Cincinnati, Ohio, Schmidt, Effron, Josselson & Weber, Cincinnati, Ohio, Charles Weiner, Cincinnati, Ohio, Whitney Stegall and Richard LaRoche; Stegall & LaRoche, Murfreesboro, Tenn., on brief, for plaintiffs-appellees.

Robert N. Gorman, Cincinnati, Ohio, Burr & Golden, Chicago, Ill., Brown, Schulzinger & Immerman, Cincinnati, Ohio, Gorman, Davis & Hengelbrok, Cincinnati, Ohio, on brief, for defendant-appellant.

Before McALLISTER, Chief Judge, and WEICK and O'SULLIVAN, Circuit Judges.

## ORDER.

The above cause coming on to be heard on the record, the briefs of the parties and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged and decreed that the judgment of the District Court be and is hereby affirmed on the findings of fact and conclusions of law of Judge Druffel, 183 F.Supp. 562.